UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:08-cr-65-CLC-SKL |
| vs. | ) | |
| | ) | |
| JASON M. GREEN | ) | |

MEMORANDUM AND ORDER

JASON M. GREEN ("Defendant") came before the Court for an initial appearance on April 14, 2016, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition").

After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Gianna Maio of Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant.

Defendant was furnished with a copy of the Petition and the Warrant for Arrest, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was capable of being able to read and understand the documents.

Defendant waived his right to a preliminary hearing and detention hearing. The Government moved Defendant be detained pending a hearing to determine whether his term of supervision should be revoked. Based upon the Petition and Defendant's waiver of preliminary hearing and detention hearing, the Court finds there is probable cause to believe that Defendant has committed violations of his conditions of supervised release as alleged in the Petition.

It is, therefore, ORDERED that:

1. Defendant shall appear in a revocation hearing before U.S. District Judge Curtis L. Collier.

2. The Government's motion that Defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

3. The U.S. Marshal shall transport Defendant to a revocation hearing before Judge

1

Collier on **Wednesday, June 22, 2016, at 2:00 pm.**

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE